UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
February 19, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Alfredo Ruiz, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-20-138 |
| | § | |
| Lorie Davis, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

# Order of Adoption

On January 21, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (5) recommending that the court deny Alfredo Ruiz's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed February 19, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge